UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| REGINA WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: |
| vs ) | |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, and ) | |
| REID HOSPITAL AND HEALTH CARE ) | |
| SERVICES, a member of VHA ) | |
| CENTRAL, INC. PLAN, ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Regina Woods, by counsel, Melissa A. Davidson, and for her complaint for Damages against Defendant, Unum Life Insurance Company of America ("UNUM") and Reid Hospital & Health Care Services, a member of VHA Central, Inc. Plan (Reid Hospital) and states as follows:

### I. Parties and Jurisdiction

1. That Plaintiff is a citizen of the State of Ohio residing in Montgomery County, but was a citizen of Indiana at the time of the breach of contract with Defendants.

2. That Reid Hospital has contracted with UNUM to provide long-term disability insurance to its qualified employees.

3. That Defendant, UNUM administers and insures the disability insurance plan to eligible employees of Reid Hospital working in the city of Richmond, County of Wayne, State of Indiana.

4. That the UNUM Group Policy No: 503470142 issued to Reid Hospital indicates that the Governing Jurisdiction shall be Indiana.

5. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

6. That Plaintiff was an employee of Reid Hospital, where in her capacity as a medical secretary, she was a participant in the Plan.

7. That Plaintiff stopped working on or about November 29, 2021, due to her conditions and applied for long-term disability benefits under the Plan.

8. That Plaintiff was denied benefits under the aforementioned insurance Plan on or about August 17, 2022.

8. That Plaintiff administratively appealed this denial, as she suffers from numerous medical impairments that qualify her for past due and continuing disability benefits under the terms of the Plan.

9. That Defendants have wrongfully refused to award Plaintiff continuing disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under this policy and the Plan.

10. Defendant's decision denying disability benefits was arbitrary and capricious.

11. UNUM is the payer of the claim.

12. UNUM has a financial interest in the outcome of the claim.

13. UNUM has a conflict of interest in that UNUM must decide whether the claim should be paid, and then make the payments on the claim if it so chooses.

14. That as a result of Defendant's conduct, Plaintiff has been denied benefits rightfully due her under the Plan and has incurred Attorney fees in order to rectify the harm done to her.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against Defendant, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, penalties for their fiduciary violation, and for all other just and proper relief in the premises.

Respectfully submitted,

  /s/ Melissa A. Davidson
Melissa A. Davidson
HANKY, MARKS & CRIDER
429 E. Vermont Street, Suite 200
Indianapolis, IN  46202
(317) 634-8565
(317) 634-9818
mdavidson@hankeylaw.com