UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REGINA WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 1:23-CV-01923-TWP-MJD |
| vs | ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS CAUSE coming to be heard on the Stipulation for Dismissal of the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear their own costs.

Date: 3/8/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:
Melissa A. Davidson: mdavidson@hankeylaw.com
Mark E. Schmidtke: mark.schmidtke@ogletree.com